Generated: Jun 15, 2023 3:36PM                                                                                          Page 1/1

# U.S. District Court

## Arkansas Eastern - Little Rock

Receipt Date: Jun 15, 2023 3:36PM

MICHAEL KAISER
CASSINELLI LAW
1218 WEST 6TH STREET
LITTLE ROCK, AR 72201

Rcpt. No: 2551                     Trans. Date: Jun 15, 2023 3:36PM                     Cashier ID: #JP

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | DARE417CR000293 /045 | 1 | 505.00 | 505.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $505.00 |

Total Due Prior to Payment: $505.00
Total Tendered: $505.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 15 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.