# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: __United States__ vs. __Marcus Millsap__

**The Clerk will enter my appearance as Counsel in Appeal No.** __23-2396__ for the following party(s): (please specify)

> Marcus Millsap

[✓] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Lee D. Curry      s/: *(signed)*

Firm Name: The Brad Hendricks Law Firm

Business Address: 500 C Pleasant Valley Drive

City/State/Zip: Little Rock, AR 72227

Telephone Number (Area Code): (501) 221-0444

Email Address: Lcurry@bradhendricks.com

---

## CERTIFICATE OF SERVICE

[✓] I hereby certify that on __06/09/23__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: