No: 23-2396

United States of America

Appellee

v.

Marcus O. Millsap

Appellant

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:17-cr-00293-BSM-45)

---

**ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until August 28, 2023 to file the brief.

July 20, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Michael E. Gans