# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2396

United States of America

Appellee

v.

Marcus O. Millsap

Appellant

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:17-cr-00293-BSM-45)

___

**ORDER**

The motion to stay the fine pending appeal and to quash the application for writ of garnishment is denied.

August 15, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
　　　/s/ Michael E. Gans