# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2396

United States of America

Appellee

v.

Marcus O. Millsap

Appellant

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:17-cr-00293-BSM-45)

___

**ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until October 23, 2023 to file the brief. No further extensions will be granted.

September 11, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans