# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

| | |
|---|---|
| **TO:** | Mr. Michael Kiel Kaiser |
| **CC:** | Ms. Liza J. Brown |
| | Ms. Kristin Huntington Bryant |
| | Mr. Lee Curry |
| | Ms. Stephanie Mazzanti |
| | Mr. Marcus O. Millsap |

**FROM:**   Nicole D. Gillis

**DATE:**   October 24, 2023

**RE:**   23-2396  United States v. Marcus Millsap

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

  X    SUMMARY OF THE CASE IS MISSING, INCOMPLETE OR EXCEEDS 1 PAGE.
     See 8th Cir. R. 28A(i)(1).  *Please specify amount of argument time requested and reduce summary to one page.*

  X    STATEMENT OF ISSUES IS MISSING OR INCOMPLETE.  See 8th Cir. R. 28A(i)(2).
      X   most apposite cases not listed;
         exceeds maximum of four cases per issue.

  X    CERTIFICATE OF COMPLIANCE is missing or does not comply with FRAP
     32(a)(7)(B). *If line count is used, font must be monospaced, size 12.  If using proportionally spaced font, word count must be under 13,000 words*

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.