**NO. 23-2396**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff/Appellee | ) | **Appellate Court No. 23-2396** |
| | ) | |
| **v.** | ) | **Appeal from the United States** |
| | ) | **District Court for the Eastern** |
| **MARCUS MILLSAP** | ) | **District of Arkansas** |
| | ) | |
| Defendant/Appellant | ) | **Honorable Brian S. Miller** |
| | ) | |

_____

**Appeal from the United States District Court
For the Eastern District of Arkansas
The Honorable Brian S. Miller, Presiding
District Court No. 4:17-cr-00293-BSM**

_____

**APPELLANT'S ADDENDUM**

_____

MICHAEL KIEL KAISER
Ark. Bar Number 2015001
_Counsel for Appellant_
LASSITER & CASSINELLI
1218 W 6th Street
Little Rock, AR 72201
(501) 370-9300
Michael@LCArkLaw.com

## **ADDENDUM**

A. Writ of Habeas Corpus Ad Prosequendum (R. Doc. 629)………………..Add. 1

B. Order to Lodge Detainer (R. Doc. 717)……………………………………..Add. 2

C. Order for Millsap to remain in USMS custody pending trial……………..Add. 3
   (R. Doc. 739)

D. Order (R. Doc. 1448)………………………………………………….......Add. 4

E. Judgment (R. Doc. 2772)…………………………………….................Add. 5

F. Notice of Appeal (R. Doc. 2776)………………………….............Add. 13

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                                   NO.   4:17CR00293-45- BSM

MARCUS O. MILLSAP

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the ARKANSAS DEPARTMENT OF CORRECTION, MAXIMUM SECURITY UNIT and TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of MARCUS O. MILLSAP ADC# 144351 detained in the ARKANSAS DEPARTMENT OF CORRECTION, MAXIMUM SECURITY UNIT, Tucker, Arkansas in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on February 19, 2019 at 2:00 p.m., before the Honorable Beth Deere, and after the proceedings have been concluded, that you return MARCUS O. MILLSAP to ARKANSAS DEPARTMENT OF CORRECTION, MAXIMUM SECURITY UNIT under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 12 February 2019.

_____
UNITED STATES MAGISTRATE JUDGE

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 1 9 2019

JAMES W. McCORMACK, CLERK
By:_____
**DEP CLERK**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                   PLAINTIFF

V.                         CASE NO. 4:17-CR-293-BSM-45

MARCUS O. MILLSAP                                          DEFENDANT

### ORDER TO LODGE DETAINER

Federal criminal charges pending in the United States District Court for the Eastern District of Arkansas require the appearance of the above-named Defendant for a bond hearing following posting bond or otherwise arranging terms of release from the custody of the federal, state, or local custodial authority (the "custodial authority").

IT IS THEREFORE ORDERED that the U.S. Marshal shall file a Detainer with the appropriate custodial authority which, along with this Order, shall constitute a hold on the above-named Defendant.

IT IS FURTHER ORDERED that, upon notification by the custodial authority that arrangements for Defendant's release on the criminal charges have been made, the United States Marshal shall assume custody of and transport the above-named Defendant to the United States District Court for the Eastern District of Arkansas for further proceedings.

IT IS SO ORDERED this 19th day of February, 2019.


_____
UNITED STATES MAGISTRATE JUDGE

Appellate Case: 23-2396   Page: 4   Date Filed: 11/08/2023 Entry ID: 5333955

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**VS.**                                        **NO. 4:17-CR-293-45-BSM**

**MARCUS O. MILLSAP**                                                          **DEFENDANT**

## ORDER

Defendant Marcus O. Millsap appeared for arraignment on February 19, 2019, on

a writ.   The Court hereby orders that Mr. Millsap remain in the custody of the United

States Marshal pending trial.

IT IS SO ORDERED this 21st day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                    **CASE NO. 4:17-CR-00293 BSM-45**

**MARCUS MILLSAP**                                                    **DEFENDANT**

## <u>ORDER</u>

Marcus Millsap's motion to dismiss [Doc. No. 1443] is denied for the reasons set forth at the hearing and in previous orders. *See, e.g.*, Order, Doc. No. 1439.

IT IS SO ORDERED this 23rd day of March 2020.

_____
UNITED STATES DISTRICT JUDGE



AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT

MAY 2 6 2023

Eastern District of Arkansas

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

|  |  |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. |  |
| MARCUS O. MILLSAP | Case Number:  4:17-CR-00293-BSM-45 |
|  | USM Number:  32531-009 |
|  | Tre Kitchens/Lee Curry |
|  | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☑ was found guilty on count(s)  1, 2 and 10 of Second Superseding Indictment
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1962(d) | Conspiracy to Violate RICO | 9/3/2019 | 1s |
|  | (Class A Felony) |  |  |

The defendant is sentenced as provided in pages 2 through   8   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s) 1, 2 and 10 of Superseding Indict  ☐ is  ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/24/2023
Date of Imposition of Judgment

*Brian S. Miller*
Signature of Judge

Brian S. Miller, United States District Judge
Name and Title of Judge

5/26/2023
Date

Add. 005

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

Judgment—Page __2__ of __8__

DEFENDANT:  MARCUS O. MILLSAP
CASE NUMBER:  4:17-CR-00293-BSM-45

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 1959(a)(5) and 2 | Aiding and Abetting Attempted Murder in Aid of Racketeering (Class C Felony) | 9/3/2019 | 2s |
| 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A) | Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine (Class A Felony) | 9/3/2019 | 10s |

Add. 006

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __3__ of __8__

DEFENDANT:   MARCUS O. MILLSAP
CASE NUMBER:   4:17-CR-00293-BSM-45

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

LIFE ON COUNTS 1 AND 10; ONE HUNDRED TWENTY (120) MONTHS ON COUNT 2 TO RUN CONCURRENTLY WITH ALL OTHERS

☑ The court makes the following recommendations to the Bureau of Prisons:
Imprisonment recommended at Yazoo City FCC.  If Yazoo City is not available, imprisonment recommended at Coleman FCC.
Credit for time served.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m.   ☐ p.m.   on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 12 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Add. 007

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __4__ of __8__

DEFENDANT:   MARCUS O. MILLSAP
CASE NUMBER:   4:17-CR-00293-BSM-45

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

IF EVER RELEASED, TEN (10) YEARS ON COUNT 10 TO RUN CONCURRENTLY WITH ALL OTHERS; FIVE (5) YEARS ON COUNT 1 TO RUN CONCURRENTLY WITH ALL OTHERS; AND THREE (3) YEARS ON COUNT 2 TO RUN CONCURRENTLY WITH ALL OTHERS

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
     ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

Add. 008

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

| | Judgment—Page | 5 | of | 8 |

DEFENDANT:  MARCUS O. MILLSAP
CASE NUMBER:  4:17-CR-00293-BSM-45

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision.  These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.   You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.   After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.   You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.   You must answer truthfully the questions asked by your probation officer.
5.   You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.   You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.   You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.   You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.   If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10.  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11.  You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12.  If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13.  You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

Add. 009

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 3D — Supervised Release

Judgment—Page __6__ of __8__

DEFENDANT:  MARCUS O. MILLSAP
CASE NUMBER:  4:17-CR-00293-BSM-45

## SPECIAL CONDITIONS OF SUPERVISION

1. You must participate in a substance abuse treatment program under the guidance and supervision of the probation office. The program may include drug and alcohol testing, outpatient counseling, and residential treatment. You must abstain from the use of alcohol during treatment. You must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

Add. 010

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 5 — Criminal Monetary Penalties

Judgment — Page __7__ of __8__

DEFENDANT: MARCUS O. MILLSAP
CASE NUMBER: 4:17-CR-00293-BSM-45

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment\*** | **JVTA Assessment\*\*** |
|---|---|---|---|---|---|
| **TOTALS** | $ 300.00 | $ 0.00 | $ 200,000.00 | $ 0.00 | $ 0.00 |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ 0.00 | $ 0.00 | |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  the interest requirement is waived for the   ☐ fine   ☐ restitution.

☐  the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Add. 011

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __8__ of __8__

DEFENDANT:  MARCUS O. MILLSAP
CASE NUMBER:  4:17-CR-00293-BSM-45

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ __200,300.00__   due immediately, balance due

     ☐  not later than _____ , or
     ☐  in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
     _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
     _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Case Number
Defendant and Co-Defendant Names            Total Amount            Joint and Several            Corresponding Payee,
*(including defendant number)*                                                    Amount                          if appropriate

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

Add. 012

(Post 9/2015)

# United States District Court
## *for the Eastern District of Arkansas*

UNITED STATES OF AMERICA                                     PLAINTIFF

vs.                          Case No.   4:17-cr-00293-BSM-45

Marcus Millsap                                              DEFENDANT

# NOTICE OF APPEAL

Notice is hereby given that *Marcus Millsap* appeals to the United States Court of
Appeals for the Eighth Circuit from the: ☑ Judgment & Commitment ☐ Order _____
                                                                        (Specify)
entered in this action on May 26, 2023 _____ .

_____            Michael Kiel Kaiser
Signature of Defendant's Counsel        Typed Name of Defendant's Counsel

1218 W 6th Street                       501-370-9300
Street Address        Room Number       Telephone Number

Little Rock, AR 72201                   6-7-23
City        State        Zip            Date

Add. 013

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a copy of the foregoing Notice of Appeal has been provided to the

following on this ___7___ day of ___June_____, 20_23_.

AUSA Stephanie Mazzanti
Stephanie.Mazzanti@usdoj.gov

_____
Signature of Defendant's Counsel

2

Add. 014