# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Mr. Michael Kiel Kaiser |
| **CC:** | Ms. Kristin Huntington Bryant |
| | Mr. Lee Curry |
| | Ms. Liza J. Brown |
| | Ms. Stephanie Mazzanti |
| | Mr. Marcus O. Millsap |
| **FROM:** | Britny N. Williams |
| **DATE:** | November 13, 2023 |
| **RE:** | 23-2396  United States v. Marcus Millsap |

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below.

**Your paper copies of the addendum are due 5 days from the date of this notice.**

   X   The addendum filed on the docket is not included in your paper brief. Please mail 10 paper copies of the addendum with blue covers to the court by November 20, 2023. Please include a certificate of service.