**ERIN CASSINELLI**
MANAGING PARTNER

**MICHAEL KAISER**
PARTNER

# LASSITER & CASSINELLI

ATTORNEYS AT LAW

**JACK T. LASSITER**
OF COUNSEL

**ROBERT HODGE**
OF COUNSEL

**ASSOCIATE ATTORNEYS**
MEGAN WILSON LOWMAN
KATY JONES
BARRETT SMITH

November 22, 2023

**RE: 23-2396.** *United States v. Marcus Millsap* – availability for oral argument

To Whom It May Concern,

I am not available for oral arguments the following dates:
- 12/12/23 to 12/15/23;
- 1/8/24 to 1/12/24;
- 2/12/24;
- 3/11/24 to 3/15/24; and
- 5/6/24 to 5/10/24.

Please let me know if you need any additional information from me.

Best,
**LASSITER & CASSINELLI**

_____
Michael Kiel Kaiser