IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO.: 23-2396 |
| | ) | |
| MARCUS MILLSAP | ) | |

**<u>UNITED STATES' MOTION FOR EXTENSION
OF TIME TO SUBMIT BRIEF OF APPELLEE</u>**

1. The United States' Brief is currently due on November 29, 2023.

2. The United States respectfully asks for an additional three (3) weeks to file its Brief due to the fact that counsel for the United States has a heavy caseload and needs additional time in which to prepare an adequate response to the issues raised by Appellant.

3. The United States certifies that the purpose of this Motion is not for delay, but to fully respond to the issues on appeal.

WHEREFORE, the United States respectfully requests that its Motion for extension of time to file its Brief be granted within which the United States shall file its Brief on or before December 20, 2023.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

By: STEPHANIE MAZZANTI
   Bar No. 2006298
   Assistant United States Attorney
   P.O. Box 1229
   Little Rock, Arkansas 72203
   (501) 340-2600
   Stephanie.Mazzanti@usdoj.gov

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) and the word limit of Fed. R. App. P. 27(d)(2), excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 129 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in size 14 in Times New Roman.

By: STEPHANIE MAZZANTI
    Bar No. 2006298
    Assistant United States Attorney
    P.O. Box 1229
    Little Rock, Arkansas 72203
    (501) 340-2600
    Stephanie.Mazzanti@usdoj.gov

# CERTIFICATE OF SERVICE

      I hereby certify that on November 22, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Files (CM/ECF) system and/or mailed to those who appear below that are not users on the CM/ECF system:

                                    By: STEPHANIE MAZZANTI
                                         Bar No. 2006298
                                         Assistant United States Attorney
                                         P.O. Box 1229
                                         Little Rock, Arkansas 72203
                                         (501) 340-2600
                                         Stephanie.Mazzanti@usdoj.gov