

U.S. Department of Justice

United States Attorney
Eastern District of Arkansas

Post Office Box 1229
425 W. Capitol Avenue, Suite 500
Little Rock, Arkansas 72203

501-340-2600
FAX 501-340-2725

November 29, 2023

Eighth Circuit Court of Appeals
111 S. 10th Street
St. Louis, MO 63102

Re: United States v. Marcus Millsap
Case No. 23-2396

Dear Sir/Madam:

I will be unavailable for oral argument on the following dates:

- January 12, 2024
- February 12-14, 2024
- May 6-7, 2024

In addition, co-counsel Liza Brown will be unavailable for oral argument on the following dates:

- March 14-15, 2024
- April 8-12, 2024
- May 6-10, 2024

If any further information is needed, please contact me at 501-340-2609. Thank you.

Sincerely,

JONATHAN D. ROSS
United States Attorney

/s/ *Stephanie Mazzanti*

STEPHANIE MAZZANTI
Assistant U.S. Attorney

SM/ca
cc via ECF: Michael Kaiser - Attorney for Marcus Millsap