# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2396

United States of America

Appellee

v.

Marcus O. Millsap

Appellant

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:17-cr-00293-BSM-45)

___

**ORDER**

Appellee's motion for extension of time to file the brief is granted. Appellee may have until January 17, 2024 to file the brief.

December 19, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans