# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 23-2396

United States of America

Appellee

v.

Marcus O. Millsap

Appellant

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:17-cr-00293-BSM-45)

___

**ORDER**

Stephanie Mazzanti's motion to file a brief in excess of limits set forth in FRAP Rule 32(a)(A) and (B) is granted. Stephanie Mazzanti may file a brief not to exceed 14,000 words.

January 09, 2024

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans