IN THE EIGHTH CIRCUIT COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA | APPELLEE |
| v. | APPEAL NO. 23-2396 |
| MARCUS MILLSAP | APPELLANT |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

COMES NOW the Appellant Marcus Millsap by and through his counsel Michael Kiel Kaiser, and for his motion for extension of time states:

1. Appellant's reply brief is due on February 14, 2024.

2. Appellant has had one previous extension of time for filing this brief.

3. Appellant's counsel respectfully requests an additional fourteen (14) days to complete the brief given the size of the record in this case, which is several thousand pages following a multi-week jury trial, and to allow sufficient time to review the brief with Millsap before filing.

4. Appellant's motion is being filed in good faith and not for delay.

**WHEREFORE**, Appellant requests a fourteen (14) day extension of time to file his brief.

Respectfully submitted,

Michael Kiel Kaiser
Michael Kiel Kaiser
Ark. Bar No. 2015001
Lassiter & Cassinelli
(501) 370-9300
Michael@LCArkLaw.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Michael Kiel Kaiser
Michael Kiel Kaiser
Ark. Bar No. 2015001

## **Certificate of Compliance With Type-Volume Limit, Typeface Requirements, and Type-Style Requirements**

1. This document complies with the type-volume and word limits of Fed. R. App. P. 32(c)(1) and 27(d)(2)(A) because this document contains 327 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Michael Kiel Kaiser
Michael Kiel Kaiser
Attorney for Appellant Marcus Millsap
Dated 1/17/24